People v Cagan (2025 NY Slip Op 04188)

People v Cagan

2025 NY Slip Op 04188

Decided on July 16, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 16, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
PAUL WOOTEN
BARRY E. WARHIT, JJ.

2017-02032
 (Ind. No. 3242/10)

[*1]The People of the State of New York, respondent,
v
Max Cagan, appellant.

Max Cagan, Adelanto, California, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, William Branigan, and Nancy Fitzpatrick Talcott of counsel), for respondent.
Patricia Pazner, New York, NY (Yvonne Shivers of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 15, 2020 (People v Cagan, 185 AD3d 836), affirming a judgment of the Supreme Court, Queens County, rendered February 2, 2017.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., CHRISTOPHER, WOOTEN and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court